Dismissed and Memorandum Opinion filed May 6, 2004









Dismissed and Memorandum Opinion filed May 6, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00251-CR

____________

 

ROBERTO DURAN,
Appellant

 

V.

 

THE STATE
OF TEXAS, Appellee

 



 

On Appeal from the 182nd District Court

Harris
County, Texas

Trial Court Cause No. 948,842

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to the offense of aggravated
robbery.  In accordance with the terms of
a plea bargain agreement with the State, the trial court sentenced appellant on
February 24, 2004, to confinement for 15 years in the Institutional Division of
the Texas Department of Criminal Justice. 
Appellant filed a pro se notice of appeal.  Because appellant has no right to appeal, we
dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed May 6, 2004.

Panel consists of Justices Fowler,
Edelman, and Seymore.

Do Not Publish C Tex. R. App.
P. 47.2(b).